UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re: CONFIGURATION, INC.           § Case No. 10-29813
                                     §
                                     §
Debtor(s)                            §

# AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 29, 2010.  The undersigned trustee was appointed on June 19, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        28,966.25

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                      0.00
   Administrative expenses                                 6,944.98
   Bank service fees                                         227.43
   Other payments to creditors                                 0.00
   Non-estate funds paid to 3rd Parties                        0.00
   Exemptions paid to the debtor                               0.00
   Other payments to the debtor                                0.00

   Leaving a balance on hand of [1]      $        21,793.84

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/09/2012 and the deadline for filing governmental claims was 02/25/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,646.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $617.56 as interim compensation and now requests the sum of $3,029.07, for a total compensation of $3,646.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $46.96 and now requests reimbursement for expenses of $64.29, for total expenses of $111.25.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2018          By: /s/BRIAN A. GOLDMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29813  
**Case Name:** CONFIGURATION, INC.  

**Period Ending:** 09/19/18

**Trustee:** (400010) BRIAN A. GOLDMAN  
**Filed (f) or Converted (c):** 12/06/11 (c)  
**§341(a) Meeting Date:** 01/10/12  
**Claims Bar Date:** 04/09/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Checking Account with PNC Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 32 | 1,532.11 | 1,532.11 | OA | 0.00 | FA |
| 2 | Account No XXXXX6527 with PNC Bank 1348 4th St,<br>    Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 57,617.54 | 57,617.54 | OA | 0.00 | FA |
| 3 | Account with Federal National Payable 7315 Wisco<br>    Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 150,619.09 | 136,619.09 | OA | 0.00 | FA |
| 4 | Account No XXXXX6535 with PNC Bank 1348 4th St,<br>    Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 2,337.35 | 2,337.35 | OA | 0.00 | FA |
| 5 | Account No. XXXXX3157 with Bank of America 915 R<br>    Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 870.70 | 870.70 | OA | 0.00 | FA |
| 6 | Account No. XXXXX7460 with Bank of America 915 R | 104.97 | 104.97 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29813  
**Case Name:** CONFIGURATION, INC.  

**Period Ending:** 09/19/18

**Trustee:** (400010) BRIAN A. GOLDMAN  
**Filed (f) or Converted (c):** 12/06/11 (c)  
**§341(a) Meeting Date:** 01/10/12  
**Claims Bar Date:** 04/09/12

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 |  |  |  |  |  |
| 7 | Account with Federal National Commercial, Inc. 7<br>Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 145,717.44 | 145,717.44 | OA | 0.00 | FA |
| 8 | Books<br>Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 500.00 | 500.00 | OA | 0.00 | FA |
| 9 | Receivables from customer invoices<br>Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 803,500.00 | 803,500.00 | OA | 0.00 | FA |
| 10 | DC GOV'T Basic Business License MD Dept of Trans<br>Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W | 0.00 | 0.00 | OA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-29813  
**Case Name:** CONFIGURATION, INC.  

**Period Ending:** 09/19/18

**Trustee:** (400010) BRIAN A. GOLDMAN  
**Filed (f) or Converted (c):** 12/06/11 (c)  
**§341(a) Meeting Date:** 01/10/12  
**Claims Bar Date:** 04/09/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Bethesda, MD 20814<br>Value $ 15061 | | | | | |
| 11 | List of Customers<br>  Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | 2 Vans and 1 Cube Truck<br>  Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 15,000.00 | 15,000.00 | | 6,400.00 | FA |
| 13 | Furniture, Fixtures, Computers, and office suppli<br>  Orig. Asset Memo: Imported from original petition Doc# 32 | 5,931.44 | 5,931.44 | OA | 0.00 | FA |
| 14 | Furniture, Fixtures, Computers, copierd, printer<br>  Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814<br>Value $ 15061 | 5,931.44 | 5,931.44 | OA | 0.00 | FA |
| 15 | Pallet Jack, Pallets<br>  Orig. Asset Memo: Imported from Amended Doc#: 42; Original asset description: Account with Federal National Payable<br>7315 Wisconsin Ave<br>Suite 820W<br>Bethesda, MD 20814 | 2,500.00 | 2,500.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-29813 | Trustee: | (400010) BRIAN A. GOLDMAN |
|---|---|---|---|
| Case Name: | CONFIGURATION, INC. | Filed (f) or Converted (c): | 12/06/11 (c) |
| | | §341(a) Meeting Date: | 01/10/12 |
| Period Ending: | 09/19/18 | Claims Bar Date: | 04/09/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Value $ 15061 | | | | | |
| 16 | Wells Fargo Bank Account (u) | Unknown | 729.98 | | 729.98 | FA |
| 17 | ACCOUNTS RECEIVABLE (u)<br>    Accounts receivable from non-factored accounts retained as cash collateral in a special collection account by Federal National Payables, Inc. (now under control of new owner White Oak Business Capital, Inc.) recently identified through a company audit | 21,836.27 | 0.00 | | 21,836.27 | FA |
| 17 | **Assets**   Totals (Excluding unknown values) | **$1,213,998.35** | **$1,178,892.06** | | **$28,966.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

      3.21.18 - Case reopened following discovery of $21,836.27 in collections of accounts receivable from the Debtor.

      6.19.18 - Brian A. Goldman appointed Trustee in this case.

      7.23.18 - Funds received and deposited.

      9.14.18 - Trustee's counsel to confer with Mark Steven regarding how to prepare TFR.

**Initial Projected Date Of Final Report (TFR):**   December 15, 2014     **Current Projected Date Of Final Report (TFR):**   December 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-29813 | | Trustee: | BRIAN A. GOLDMAN (400010) |
|---|---|---|---|---|
| Case Name: | CONFIGURATION, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******05- - Checking Account |
| Taxpayer ID #: | **-***0417 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 09/19/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/07/12 | {16} | Wells Fargo Bank, N.A. | funds from DIP account | 1221-000 | 1.00 | | 1.00 |
| 05/07/12 | {16} | Wells Fargo Bank, N.A. | funds from DIP account | 1221-000 | 33.28 | | 34.28 |
| 05/07/12 | {16} | Wells Fargo Bank, N.A. | funds from DIP account | 1221-000 | 695.70 | | 729.98 |
| 06/20/12 | {12} | Grassbusters Inc. / Greg Sroka | Sale of 2004 GMC 5500 Cube Truck . See Docket # 201. | 1129-000 | 6,000.00 | | 6,729.98 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,704.98 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,679.98 |
| 08/22/12 | {12} | Willie Clark | 2000 Chevrolet Astro Van  and   2004 Chevrolet Astro van.  See Docket # 201. | 1129-000 | 400.00 | | 7,079.98 |
| 08/22/12 | 101 | Carl Miceli | Compensatiuon for Auctioneer | 3610-000 | | 1,500.00 | 5,579.98 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,554.98 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,529.98 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,504.98 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,479.98 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,454.98 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001040001088 20130110 | 9999-000 | | 5,454.98 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,129.98 | 7,129.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,454.98 | |
| | | | Subtotal | | 7,129.98 | 1,675.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,129.98 | $1,675.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-29813  
**Case Name:** CONFIGURATION, INC.  

**Taxpayer ID #:** **-***0417  
**Period Ending:** 09/19/18

**Trustee:** BRIAN A. GOLDMAN (400010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,454.98 | | 5,454.98 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,444.98 |
| 06/05/14 | 10102 | BRIAN A. GOLDMAN | Dividend paid  42.21% on $1,463.00, Trustee Compensation;  Reference: | 2100-000 | | 617.56 | 4,827.42 |
| 06/05/14 | 10103 | BRIAN A. GOLDMAN | Dividend paid  42.21% on $111.25, Trustee Expenses;  Reference: | 2200-000 | | 46.96 | 4,780.46 |
| 06/05/14 | 10104 | United States Trustee (ADMINISTRATIVE) | Dividend paid  42.21% on $6,825.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 2,880.94 | 1,899.52 |
| 06/05/14 | 10105 | GOLDMAN & GOLDMAN, P.A. | Dividend paid  42.21% on $4,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,899.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,454.98 | 5,454.98 | **$0.00** |
| | | | Less: Bank Transfers | | 5,454.98 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,454.98** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,454.98** | |

{} Asset reference(s) 

Printed: 09/19/2018 01:38 PM     V.14.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 10-29813 | |
| **Case Name:** | CONFIGURATION, INC. | |
| **Taxpayer ID #:** | **-***0417 | |
| **Period Ending:** | 09/19/18 | |

| | | |
|---|---|---|
| **Trustee:** | BRIAN A. GOLDMAN (400010) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******3667 - Checking Account | |
| **Blanket Bond:** | $3,000,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/18 | {17} | White Oak Business Capital, Inc. | Accounts receivable from non-factored accounts retained as cash collateral in a special collection account that were recently discovered in a company audit | 1221-000 | 21,836.27 | | 21,836.27 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 21,826.27 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.43 | 21,793.84 |
| | | | ACCOUNT TOTALS | | 21,836.27 | 42.43 | $21,793.84 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,836.27 | 42.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,836.27 | $42.43 | |

| | |
|---|---|
| Net Receipts : | 28,966.25 |
| Net Estate : | $28,966.25 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******05- | 7,129.98 | 1,675.00 | 0.00 |
| Checking # ******3666 | 0.00 | 5,454.98 | 0.00 |
| Checking # ******3667 | 21,836.27 | 42.43 | 21,793.84 |
| | $28,966.25 | $7,172.41 | $21,793.84 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 9, 2012

| Case Number: | 10-29813 | | Page: 1 | | **Date:** September 19, 2018 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | CONFIGURATION, INC. | | | | **Time:** 01:39:03 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 200 | BRIAN A. GOLDMAN<br>2330 WEST JOPPA ROAD<br>SUITE 300<br>LUTHERVILLE, MD 21093 | Admin Ch. 7 | | $3,646.63 | $617.56 | 3,029.07 |
| 200 | BRIAN A. GOLDMAN<br>2330 WEST JOPPA ROAD<br>SUITE 300<br>LUTHERVILLE, MD 21093 | Admin Ch. 7 | | $111.25 | $46.96 | 64.29 |
| 29<br>200 | United States Trustee (ADMINISTRATIVE)<br>101 West Lombard Street #2625<br>Baltimore, MD 21201 | Admin Ch. 7 | 101 West Lombard Street #2625<br>Baltimore, MD 21201<br>--------------------------------------------------------------------------------* * * | $6,825.00 | $2,880.94 | 3,944.06 |
| G&G<br>200 | GOLDMAN & GOLDMAN, P.A.<br>2330 WEST JOPPA ROAD, SUITE 200<br>LUTHERVILLE, MD 21093 | Admin Ch. 7 | | $4,500.00 | $1,899.52 | 2,600.48 |
| G&G<br>200 | GOLDMAN & GOLDMAN, P.A.<br>2330 WEST JOPPA ROAD, SUITE 200<br>LUTHERVILLE, MD 21093 | Admin Ch. 7 | | $3,412.50 | $0.00 | 3,412.50 |
| ADMIN<br>300 | Ecolab, Inc. | Admin Ch. 11 | | $31,829.31 | $0.00 | 31,829.31 |
| ADMIN<br>300 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch | Admin Ch. 11 | Per Admin Order Doc 209 | $19,317.50 | $0.00 | 19,317.50 |
| ADMIN<br>300 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch | Admin Ch. 11 | Per Admin Order Doc 209 | $1,915.97 | $0.00 | 1,915.97 |
| 25P<br>570 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | Priority | Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114<br>--------------------------------------------------------------------------------* * * | $49,359.07 | $0.00 | 49,359.07 |
| 14S<br>100 | Federal Marketing Strategies, LLC<br>Katherine M. Sutcliffe Becker, Esq.,<br>Washington, DC 20036 | Secured | Katherine M. Sutcliffe Becker, Esq.<br>Stinson Morrison Hecker LLP,1150 18th Street, NW, Ste 800<br>Washington, DC 20036<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 23S<br>100 | SMC-United Industrial Limited Partnership<br>c/o Stephen E. Leach,Leach Travell<br>Britt pc,8270 Greensboro Drive,Suite 105<br>McLean, VA 22102 | Secured | c/o Stephen E. Leach<br>Leach Travell Britt pc,8270 Greensboro Drive,Suite 1050<br>McLean, VA 22102<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 9, 2012

**Case Number:** 10-29813  
**Debtor Name:** CONFIGURATION, INC.

Page: 2

**Date:** September 19, 2018  
**Time:** 01:39:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23S-2 100 | SMC-United Industrial Limited Partnership<br>c/o Stephen E. Leach, Leach Travell<br>Britt pc, 8270 Greensboro Drive, Suite 105<br>McLean, VA 22102 | Secured | c/o Stephen E. Leach<br>Leach Travell Britt pc, 8270 Greensboro Drive, Suite 1050<br>McLean, VA 22102 | $0.00 | $0.00 | 0.00 |
| 1 610 | CRANE RENTAL COMPANY<br>1601 W. ST. NE<br>Washington, DC 20018 | Unsecured | 1601 W. ST. NE<br>Washington, DC 20018 | $1,759.50 | $0.00 | 1,759.50 |
| 2 610 | Fia Card Services, NA As Successor In Interest to<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive, DE5-023-03-03<br>Newark, DE 19713 | Unsecured | Bank of America NA and Mbna America Bank<br>1000 Samoset Drive, DE5-023-03-03<br>Newark, DE 19713 | $24,521.99 | $0.00 | 24,521.99 |
| 3 610 | ECOLAB<br>3535 S 31ST ST<br>Grand Forks, ND 58206-6007 | Unsecured | 3535 S 31ST ST<br>Grand Forks, ND 582066007 | $106,795.00 | $0.00 | 106,795.00 |
| 4 610 | GLOBAL DISTRIBUTORS, INC.<br>4901 FAIRMOUNT AVE<br>Bethesda, MD 20814 | Unsecured | 4901 FAIRMOUNT AVE<br>Bethesda, MD 20814 | $14,582.13 | $0.00 | 14,582.13 |
| 5 610 | IKON Financial Services<br>Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 31208-3708 | Unsecured | Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 312083708 | $0.00 | $0.00 | 0.00 |
| 5 -2 610 | IKON Financial Services<br>Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 31208-3708 | Unsecured | Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 312083708 | $43,030.64 | $0.00 | 43,030.64 |
| 6 610 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 662070949 | $6,708.31 | $0.00 | 6,708.31 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 9, 2012

**Case Number:** 10-29813  
**Debtor Name:** CONFIGURATION, INC.

Page: 3

**Date:** September 19, 2018  
**Time:** 01:39:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>610 | The Gallery Collection<br>Mary Guido<br>65 Challenger Road<br>Ridgefield Park, NJ 07660 | Unsecured | Mary Guido<br>65 Challenger Road<br>Ridgefield Park, NJ 07660 | $784.64 | $0.00 | 784.64 |
| 8<br>610 | Ryder Truck Rental, Inc.<br>Attn: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | Unsecured | Attn: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $39,848.00 | $0.00 | 39,848.00 |
| 9<br>610 | Russ Bassett<br>8189 Byron Rd.<br>Whittier, CA 90606 | Unsecured | 8189 Byron Rd.<br>Whittier, CA 90606 | $35,518.84 | $0.00 | 35,518.84 |
| 10<br>610 | Krueger International, Inc.<br>Attn: Guy Patzke<br>1330 Bellevue Street<br>Green Bay, WI 54302 | Unsecured | Attn: Guy Patzke<br>1330 Bellevue Street<br>Green Bay, WI 54302 | $10,586.10 | $0.00 | 10,586.10 |
| 11<br>610 | Graebel Companies<br>PO Box 8002<br>720 3rd Street<br>Wausau, WI 54402-8002 | Unsecured | PO Box 8002<br>720 3rd Street<br>Wausau, WI 544028002 | $5,326.25 | $0.00 | 5,326.25 |
| 12<br>610 | Roger's Carpet, inc.<br>2613 Queens Chapel Road N.E<br>Washington, DC 20018 | Unsecured | 2613 Queens Chapel Road N.E<br>Washington, DC 20018 | $13,000.00 | $0.00 | 13,000.00 |
| 13<br>610 | UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, MD 21094 | Unsecured | c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, MD 21094 | $2,562.93 | $0.00 | 2,562.93 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 9, 2012

**Case Number:** 10-29813  
**Debtor Name:** CONFIGURATION, INC.

Page: 4

**Date:** September 19, 2018  
**Time:** 01:39:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14U 610 | Federal Marketing Strategies, LLC<br>Katherine M. Sutcliffe Becker, Esq.,<br>Washington, DC 20036 | Unsecured | Katherine M. Sutcliffe Becker, Esq.<br>Stinson Morrison Hecker LLP,1150 18th Street, NW, Ste 800<br>Washington, DC 20036 | $440,957.37 | $0.00 | 440,957.37 |
| 15 610 | ABF FREIGHT SYSTEM, INC<br>P.O.BOX 1925<br>New Kingstown, PA 17072-1925 | Unsecured | P.O.BOX 1925<br>New Kingstown, PA 170721925 | $2,827.66 | $0.00 | 2,827.66 |
| 16 610 | SNI Companies - Friends & Co<br>Regency West 6, Suite 113<br>4600 Westown Parkway<br>West Des Monies, IA 50266 | Unsecured | Regency West 6, Suite 113<br>4600 Westown Parkway<br>West Des Monies, IA 50266 | $16,964.35 | $0.00 | 16,964.35 |
| 17 610 | Heilind Electronics Inc.<br>58 Jonspin Road<br>Wilmington, MA 01887 | Unsecured | 58 Jonspin Road<br>Wilmington, MA 01887 | $1,360.77 | $0.00 | 1,360.77 |
| 18 610 | ATLANTIC STATES<br>183 SITGREAVES STREET<br>Phillipsburg, NJ 08865-0352 | Unsecured | 183 SITGREAVES STREET<br>Phillipsburg, NJ 088650352 | $95,401.00 | $0.00 | 95,401.00 |
| 19 610 | American Hotel Register<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | Unsecured | c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | $19,010.82 | $0.00 | 19,010.82 |
| 20 610 | Ferguson Enterprises, Inc.<br>13890 Lowe Street<br>Chantilly, VA 20151 | Unsecured | 13890 Lowe Street<br>Chantilly, VA 20151 | $1,299.15 | $0.00 | 1,299.15 |
| 21 610 | HANNON LAW GROUP<br>1901 18TH ST NW<br>Washington, DC 20009 | Unsecured | 1901 18TH ST NW<br>Washington, DC 20009 | $31,373.96 | $0.00 | 31,373.96 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 9, 2012

**Case Number:** 10-29813
**Debtor Name:** CONFIGURATION, INC.

Page: 5

**Date:** September 19, 2018
**Time:** 01:39:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 610 | JONES & ASSOCIATES<br>111 S CALVERT ST<br>STE 2700<br>Baltimore, MD 21202 | Unsecured | 111 S CALVERT ST<br>STE 2700<br>Baltimore, MD 21202 | $14,955.23 | $0.00 | 14,955.23 |
| 23U 610 | SMC-United Industrial Limited Partnership<br>c/o Stephen E. Leach,Leach Travell<br>Britt pc,8270 Greensboro Drive,Suite 105<br>McLean, VA 22102 | Unsecured | c/o Stephen E. Leach<br>Leach Travell Britt pc,8270 Greensboro Drive,Suite 1050<br>McLean, VA 22102 | $0.00 | $0.00 | 0.00 |
| 23U-2 610 | SMC-United Industrial Limited Partnership<br>c/o Stephen E. Leach,Leach Travell<br>Britt pc,8270 Greensboro Drive,Suite 105<br>McLean, VA 22102 | Unsecured | c/o Stephen E. Leach<br>Leach Travell Britt pc,8270 Greensboro Drive,Suite 1050<br>McLean, VA 22102 | $93,334.58 | $0.00 | 93,334.58 |
| 24 610 | MSC INDUSTRIAL SUPPLY CO. INC<br>75 MAXESS RD<br>Melville, NY 11747 | Unsecured | 75 MAXESS RD<br>Melville, NY 11747 | $48,653.61 | $0.00 | 48,653.61 |
| 25U 610 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | Unsecured | Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | $16,143.58 | $0.00 | 16,143.58 |
| 26 610 | Never Industries<br>c/o Biorn Corpt.<br>Po Box 464<br>Rockfor, MN 55373 | Unsecured | c/o Biorn Corpt.<br>Po Box 464<br>Rockfor, MN 55373 | $10,778.59 | $0.00 | 10,778.59 |
| 27 610 | Zep Manufacturing Company<br>Attn: Jonathan E. Raulston,Engel,<br>Hairston & Johanson, PC,PO Box 11405<br>Birmingham, AL 35202 | Unsecured | Attn: Jonathan E. Raulston<br>Engel, Hairston & Johanson, PC,PO Box 11405<br>Birmingham, AL 35202 | $20,983.12 | $0.00 | 20,983.12 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 9, 2012

**Case Number:** 10-29813
**Debtor Name:** CONFIGURATION, INC.

Page: 6

**Date:** September 19, 2018
**Time:** 01:39:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28 610 | HANNON LAW GROUP<br>1901 18TH ST NW<br>Washington, DC 20009 | Unsecured | 1901 18TH ST NW<br>Washington, DC 20009 | $31,373.96 | $0.00 | 31,373.96 |
| 30 610 | National Business Furniture, LLC<br>McCarthy, Burgess & Wolff<br>26900 Cannon Rd<br>Cleveland, OH 44146 | Unsecured | McCarthy, Burgess & Wolff<br>26900 Cannon Rd<br>Cleveland, OH 44146 | $11,424.07 | $0.00 | 11,424.07 |
| 31 620 | New York State Department of Taxation and Finance<br>Bankrupcty Sectopm<br>PO Box 5300<br>Albany, NY 12205-0300 | Unsecured | Bankrupcty Sectopm<br>PO Box 5300<br>Albany, NY 122050300 | $750.00 | $0.00 | 750.00 |
| 32 620 | New York State Department of Taxation and Finance<br>Bankrupcty Sectopm<br>PO Box 5300<br>Albany, NY 12205-0300 | Unsecured | Bankrupcty Sectopm<br>PO Box 5300<br>Albany, NY 122050300 | $2,323.53 | $0.00 | 2,323.53 |
| 33 620 | THE FORD AGENCY<br>1660 L ST. N W, SUITE 608<br>Washington, DC 20036 | Unsecured | 1660 L ST. N W, SUITE 608<br>Washington, DC 20036 | $7,595.34 | $0.00 | 7,595.34 |
| << Totals >> | | | | 1,293,452.25 | 5,444.98 | 1,288,007.27 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-29813
Case Name: CONFIGURATION, INC.
Trustee Name: BRIAN A. GOLDMAN

**Balance on hand:** $ 21,793.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14S | Federal Marketing Strategies, LLC | 50,000.00 | 0.00 | 0.00 | 0.00 |
| 23S | SMC-United Industrial Limited Partnership | 19,800.00 | 0.00 | 0.00 | 0.00 |
| 23S-2 | SMC-United Industrial Limited Partnership | 19,800.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,793.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRIAN A. GOLDMAN | 3,646.63 | 617.56 | 3,029.07 |
| Trustee, Expenses - BRIAN A. GOLDMAN | 111.25 | 46.96 | 64.29 |
| Attorney for Trustee, Fees - GOLDMAN & GOLDMAN, P.A. | 7,912.50 | 1,899.52 | 6,012.98 |
| Fees, United States Trustee | 6,825.00 | 2,880.94 | 3,944.06 |

Total to be paid for chapter 7 administration expenses: $ 13,050.40
Remaining balance: $ 8,743.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Special Counsel Fees - McNamee, Hosea, Jernigan, Kim, Greenan & Lynch | 19,317.50 | 0.00 | 3,183.05 |
| Attorney for D-I-P Expenses - McNamee, Hosea, Jernigan, Kim, Greenan & Lynch | 1,915.97 | 0.00 | 315.70 |
| Other Expenses: Ecolab, Inc. | 31,829.31 | 0.00 | 5,244.69 |

Total to be paid for prior chapter administrative expenses: $ 8,743.44
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $49,359.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25P | Internal Revenue Service | 49,359.07 | 0.00 | 0.00 |
| | Total to be paid for priority claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,161,866.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CRANE RENTAL COMPANY | 1,759.50 | 0.00 | 0.00 |
| 2 | Fia Card Services, NA As Successor In Interest to | 24,521.99 | 0.00 | 0.00 |
| 3 | ECOLAB | 106,795.00 | 0.00 | 0.00 |
| 4 | GLOBAL DISTRIBUTORS, INC. | 14,582.13 | 0.00 | 0.00 |
| 5 | IKON Financial Services | 0.00 | 0.00 | 0.00 |
| 5 -2 | IKON Financial Services | 43,030.64 | 0.00 | 0.00 |
| 6 | Sprint Nextel Correspondence | 6,708.31 | 0.00 | 0.00 |
| 7 | The Gallery Collection | 784.64 | 0.00 | 0.00 |
| 8 | Ryder Truck Rental, Inc. | 39,848.00 | 0.00 | 0.00 |
| 9 | Russ Bassett | 35,518.84 | 0.00 | 0.00 |
| 10 | Krueger International, Inc. | 10,586.10 | 0.00 | 0.00 |
| 11 | Graebel Companies | 5,326.25 | 0.00 | 0.00 |
| 12 | Roger's Carpet, inc. | 13,000.00 | 0.00 | 0.00 |
| 13 | UNITED PARCEL SERVICE | 2,562.93 | 0.00 | 0.00 |
| 14U | Federal Marketing Strategies, LLC | 440,957.37 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 15 | ABF FREIGHT SYSTEM, INC | 2,827.66 | 0.00 | 0.00 |
|---|---|---|---|---|
| 16 | SNI Companies - Friends & Co | 16,964.35 | 0.00 | 0.00 |
| 17 | Heilind Electronics Inc. | 1,360.77 | 0.00 | 0.00 |
| 18 | ATLANTIC STATES | 95,401.00 | 0.00 | 0.00 |
| 19 | American Hotel Register | 19,010.82 | 0.00 | 0.00 |
| 20 | Ferguson Enterprises, Inc. | 1,299.15 | 0.00 | 0.00 |
| 21 | HANNON LAW GROUP | 31,373.96 | 0.00 | 0.00 |
| 22 | JONES & ASSOCIATES | 14,955.23 | 0.00 | 0.00 |
| 23U | SMC-United Industrial Limited Partnership | 0.00 | 0.00 | 0.00 |
| 23U-2 | SMC-United Industrial Limited Partnership | 93,334.58 | 0.00 | 0.00 |
| 24 | MSC INDUSTRIAL SUPPLY CO. INC | 48,653.61 | 0.00 | 0.00 |
| 25U | Internal Revenue Service | 16,143.58 | 0.00 | 0.00 |
| 26 | Never Industries | 10,778.59 | 0.00 | 0.00 |
| 27 | Zep Manufacturing Company | 20,983.12 | 0.00 | 0.00 |
| 28 | HANNON LAW GROUP | 31,373.96 | 0.00 | 0.00 |
| 30 | National Business Furniture, LLC | 11,424.07 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $            0.00
Remaining balance:  $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 10,668.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31 | New York State Department of Taxation and Finance | 750.00 | 0.00 | 0.00 |
| 32 | New York State Department of Taxation and Finance | 2,323.53 | 0.00 | 0.00 |
| 33 | THE FORD AGENCY | 7,595.34 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $            0.00
Remaining balance:  $            0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**